UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN ESCALANTE, ET AL.,

    Plaintiffs,

  22-cv-5650 (JGK)

- against -

ORDER

THE NEW HK INC., ET AL.,

    Defendants.

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to 9/29/22. If the defendants fail to respond by that date, the plaintiffs may move by order to show cause for a default judgment by 10/14/22. If the plaintiffs fail to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: New York, New York
    September 14, 2022

          _____
          John G. Koeltl
         United States District Judge

The Conference scheduled for 10/8/22 is canceled. /s/ JGKoeltl