```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARVIN ESCALANTE, ET AL.,

                Plaintiffs,

    - against -

THE NEW HK INC., ET AL.,

                Defendants.

22-cv-5650 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are reminded that they should provide the settlement agreement to the Court for approval. The time for the parties to submit the settlement agreement to the Court is extended to _1/9/23_.

SO ORDERED.

Dated:    New York, New York
           December 19, 2022

                                            John G. Koeltl
                                  United States District Judge