```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
MARVIN ESCALANTE, ET AL.
                Plaintiffs,

    - against -                     22-cv-5650 (JGK)

THE NEW HK INC., ET AL.,         ORDER
                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **Tuesday, January 17, at 4:30 pm**, concerning their settlement agreement. See ECF No. 17.

Dial-in (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           January 10, 2023

                                            John G. Koeltl
                                      United States District Judge