UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

MARVIN ESCALANTE, ET AL.

                          Plaintiffs,

                                              22-cv-5650 (JGK)

            - against -

                                              ORDER

THE NEW HK INC., ET AL.,

                          Defendants.
————————————————————————————

JOHN G. KOELTL, District Judge:

    During the telephone conference held on February 2, 2023,
the Court directed the plaintiffs to submit a revised settlement
agreement. The plaintiffs are reminded to do so by **Tuesday,
February 21, 2023.**

SO ORDERED.

Dated:      New York, New York
            February 13, 2023

                                          _____
                                          John G. Koeltl
                                          United States District Judge