```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――

MARVIN ESCALANTE, ET AL.

                    Plaintiffs,

    - against -

THE NEW HK INC., ET AL.,

                    Defendants.

22-cv-5650 (JGK)

ORDER

―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    On February 2, 2023, the Court directed the plaintiffs to submit a revised settlement agreement. On February 13, 2023, the Court reminded the plaintiffs to do so by Tuesday, February 21, 2023. ECF No. 21. The plaintiffs still have not submitted a revised settlement agreement. The plaintiffs are directed to submit the revised agreement by **tomorrow, Wednesday, March 1, 2023 at 10 a.m.** If the plaintiffs cannot meet this deadline, the plaintiffs should advise the Court promptly. Plaintiffs' counsel is reminded of its obligation to comply with Court orders.

**SO ORDERED.**

Dated:    New York, New York
            February 28, 2023

                                                    John G. Koeltl
                                           United States District Judge