UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN ESCALANTE, ET AL.,

                Plaintiffs,

    - against -

THE NEW HK INC., ET AL.,

                Defendants.

22-cv-5650 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Based on the parties' submission dated January 9, 2023 (ECF No. 17) and the revised Settlement Agreement and Release filed February 28, 2023 (ECF No. 23), the Court finds that the settlement is fair, reasonable and adequate, including the provision for attorney's fees. The parties are directed to conclude the settlement. The Clerk is directed to dismiss this case with prejudice in accordance with the Settlement Agreement. The Clerk is also directed to close this case.

SO ORDERED.

Dated:    New York, New York
            February 28, 2023

                                        John G. Koeltl
                                   United States District Judge